# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0002. THADDEUS TYRRELL SMITH v. THE STATE.**

Thaddeus Tyrrell Smith seeks an emergency order pursuant to Court of Appeals Rule 40(b) for an extension of time to file a discretionary application. Upon consideration of the motion for an extension of time, and because the request is timely under Court of Appeals Rule 31(h), the motion is hereby GRANTED. Smith is hereby ordered to file any discretionary application no later than 4:00 p.m. on August 26, 2026.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/28/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*